**Opinion issued January 10, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

**NO. 01-25-00001-CV**

————————————

**IN RE ALEXANDER SALAZAR, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

On January 2, 2025, relator Alexander Salazar filed a petition for writ of mandamus requesting that our Court compel the Honorable Donna Roth, serving as ancillary judge for the 129th District Court of Harris County, to vacate (1) a temporary restraining order signed on December 17, 2024, and (2) a subsequent extension of the order signed on December 31, 2024.[1] We deny the petition.

---

[1]   The underlying case is *Houston Autumn Air, Inc. v. Sonia Yvonne Rodriguez & Alexander Salazar*, cause number 2024-87375, pending in the 129th District Court of Harris County.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Morgan.